IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCESCO CAMPANILE, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> NEW WEST SPORTS MEDICINE AND ORTHOPAEDIC SURGERY, P.C., a Nebraska Professional Corporation; <br><br> Defendant. | 4:13CV3005 <br><br> **ORDER** |

After conferring with counsel, and based on their representation that the parties are exploring settlement,

IT IS ORDERED:

1) The discovery and dispositive motion deadlines are stayed, and the trial and pretrial conference settings are cancelled pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on **March 10, 2014** at **9:00 a.m.** to discuss the status of the parties' settlement efforts and any further case progression deadlines. Counsel for plaintiff shall place the call.

Dated this 11th day of December, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge